## Commonwealth *v.* Montanes, Appellant.

Submitted March 17, 1975. *William H. Platt,* Public Defender, for appellant; *Joseph V. Huber,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Myers, Appellant.

opinion by CIRILLO, J. Submitted December 6, 1974. *Arthur L. Gutkin,* and *Berkowitz and Gutkin,* for appellant; *Stewart J. Greenleaf* and *J. David Bean,* Assistant District Attorneys, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* O'Halloran, Appellant.

Submitted March 17, 1975. *Victor F. Cavacini,* Assistant Public Defender, and *William H. Platt,* Public Defender, for appellant; *Wardell F. Steigerwalt,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.